O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV08-1576-AHM (CWx) | Date | February 17, 2009 |
|---|---|---|---|
| Title | MILAS G. CLARK v. RAYTHEON COMPANY, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Cindy Nirenberg | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | | |
| Milas G. Clark, *pro se* | Douglas A. Wickham<br>Lauren T. Howard | | |

**Proceedings:**   HEARING ON *EX PARTE* APPLICATION TO HALT ALL PROCEEDINGS AND TIME TOLL ALL PENDING MATTERS IN THIS CASE OR, IN THE ALTERNATIVE, MOTION FOR DISMISSAL WITHOUT PREJUDICE [Filed 2/5/09]

Cause called; appearances made.

For reasons and findings stated on the record, the Court denies plaintiff's *ex parte* application.

Status conference held. The Court questions the parties about service difficulties and the status of the pending bankruptcy action.

Plaintiff provides the Court with his current mailing address and is ordered to immediately file a change of address form.

Court extends to March 23, 2009 the opposition deadline to the pending summary judgment motion. Any reply thereto must be filed by April 6, 2009. Accordingly, the motion hearing date is continued to April 13, 2009 at 10:00 a.m.

Plaintiff is ordered to participate in mediation. All pretrial and trial dates and deadlines are vacated indefinitely.

|  | : | 50 |
|---|---|---|
|  | Initials of Preparer | SMO |