O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV08-1576-AHM (CWx) | Date | April 13, 2009 |
|---|---|---|---|
| Title | MILAS G. CLARK v. RAYTHEON COMPANY, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Cindy Nirenberg | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Milas G. Clark, *pro se* | Douglas A. Wickham |

**Proceedings:** MOTION FOR SUMMARY JUDGMENT AS TO ALL CAUSES OF ACTION FILED BY DEFENDANT RAYTHEON COMPANY [89] (non-evidentiary)

Court circulates tentative order and hears oral argument. For reasons and findings stated on the record, the Court grants the motion for summary judgment. Order to issue.

|  | : | 08 |
|---|---|---|
| | Initials of Preparer | SMO |