DOUGLAS A. WICKHAM, Bar No. 127268
LAUREN T. HOWARD, Bar No. 227984
LITTLER MENDELSON
A Professional Corporation
2049 Century Park East, Fifth Floor
Los Angeles, California 90067.3107
Telephone: 310.553.0308
Facsimile: 310.553.5583
E-mail: dwickham@littler.com
lhoward@littler.com

Attorneys for Defendant
RAYTHEON COMPANY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILAS G. CLARK,<br><br>   Plaintiff,<br><br>v.<br><br>RAYTHEON COMPANY, et al.<br><br>   Defendants. | Case No. CV 08-01576 AHM (CWx)<br><br>**JUDGMENT** |

  This action came on for hearing before the Court on April 13, 2009, Hon. A. Howard Matz, District Judge Presiding, on Defendant Raytheon Company's ("Raytheon") Motion For Summary Judgment Or, In The Alternative, Motion For Partial Summary Judgment, and the evidence presented having been fully considered, the issues having been duly heard, and a decision having been duly rendered,

  ///

LITTLER MENDELSON
A Professional Corporation
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

1  IT IS ORDERED AND ADJUDGED that Plaintiff Milas G. Clark take
2  nothing, that this action be dismissed with prejudice on the merits and that Defendant
3  Raytheon recover its costs.

4  Dated:   April 28, 2009

   JS-6

   _____
   HON. A. HOWARD MATZ
   U.S. DISTRICT COURT JUDGE

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

2.