O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-1576 AHM (CWx) | Date | May 12, 2009 |
|---|---|---|---|
| Title | MILAS G. CLARK v. RAYTHEON COMPANY, *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:   Attorneys **NOT** Present for Defendants:

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

Plaintiff has filed a motion to set aside the Court's summary judgment order or final judgment. Although Plaintiff cited Fed. R. Civ. P. 59(e), in fairness to Plaintiff, who has been proceeding *pro se*, the Court construes his motion as proceeding under Rule 60(b).

Plaintiff appears to allege that Defendant misrepresented the relevance of a document called the "Disciplinary Action Process (DAP) Investigation Summary Form" in its summary judgment motion.[1] Plaintiff's allegation of misrepresentation on Defendant's part is wholly unsubstantiated and thus does not justify relief under Rule 60(b)(3).

Plaintiff also contends that the DAP document reveals that his former employer was motivated by fraud, malice, and oppression. Even assuming Plaintiff could properly offer the DAP document as newly discovered evidence under Rule 60(b)(2), it simply would not change the result. The DAP document appears to be a Human Resources document that summarizes the events leading up to its termination of Plaintiff's employment. Its contents are entirely consistent with the evidence Defendant submitted in support of summary judgment. It strains credulity to see it as evidence of fraud, malice or oppression on Defendant's part.

---

[1] The DAP document is attached to the motion, but it is not properly authenticated or labeled as an exhibit. Plaintiff also included the cover letter that Defendant wrote when it produced the document.

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-1576 AHM (CWx) | Date | May 12, 2009 |
|---|---|---|---|
| Title | MILAS G. CLARK v. RAYTHEON COMPANY, *et al.* | | |

//

For these reasons, the Court DENIES Plaintiff's motion.[2]  Defendant need not file an opposition.

No hearing is necessary.  Fed. R. Civ. P. 78; L. R. 7-15.

                                                                        :

Initials of Preparer        SMO

---

[2]Docket No. ____.